United States District Court
Southern District of Texas
**ENTERED**
September 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ALEX MANUEL CARRILLO ORTEGA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01667** |
| | § | |
| **PAM BONDI, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Alex Manuel Carrillo Ortega's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). On September 21, 2026, Respondents filed an Advisory Regarding Intent to Remove Petitioner from the United States, (Dkt. 7). Upon review, the Court has found that Petitioner's Board of Immigration Appeals (BIA) appeal is due by October 5, 2026. Executive Office for Immigration Review, Automated Case Information, A-Number 245-604-204, https://acis.eoir.justice.gov/en/ (last visited Sept. 22, 2026).

In light of this information, Respondents are **ORDERED** to file an advisory **on or before September 25, 2026,** clarifying whether the Government intends to remove Petitioner from the country before his BIA appeal is due and his order of removal is final.

**IT IS SO ORDERED.**

SIGNED this September 22, 2026.

___________________________________
Diana Saldaña
United States District Judge