United States District Court
Southern District of Texas
**ENTERED**
November 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ALEX MANUEL CARRILLO ORTEGA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01667** |
| | § | |
| **PAM BONDI, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

# ORDER

On September 24, 2026, Respondents informed the Court of its intent to remove Petitioner from the United States because Petitioner is subject to a final order of removal. (Dkt. 11.) Respondents are ORDERED to submit an advisory **on or before November 10, 2026**, informing the Court whether Petitioner remains detained.

IT IS SO ORDERED.

SIGNED this November 6, 2026.

Diana Saldaña
United States District Judge